| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | DARRELL W. SPENCE, State Bar No. 248011 |
| | Supervising Deputy Attorney General |
| 3 | 1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| 4 | Sacramento, CA 94244-2550 |
| | Telephone: (916) 210-6089 |
| 5 | Fax: (916) 324-5567 |
| | E-mail: Darrell.Spence@doj.ca.gov |
| 6 | *Attorneys for Defendants* |

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN W. WILLIAMS,** | 2:20-cv-04300 |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| **JASON BLACK, et al.,** | |
| Defendants. | |

Plaintiff John Wesley Williams and Defendants James Sanchez, Dr. Ann Miller, Alexandra Martinez, and Carly Honzel have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///
///
///
///
///
///
///

1    Each party shall bear its own litigation costs and attorney's fees.

2    It is so stipulated.

4    Dated: July 12, 2023

                                          JOHN WESLEY WILLIAMS

7    Dated: September 6, 2023

                                          ROB BONTA
                                          Attorney General of California
                                          DARRELL W. SPENCE
                                          Supervising Deputy Attorney General

                                          DARRELL W. SPENCE
                                          Supervising Deputy Attorney General
                                          *Attorneys for Defendants*

IT IS SO ORDERED

Dated    09/09/23

_____
United States District Judge